# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE VERA,<br><br>    Petitioner,<br><br>v.<br><br>JOSEPH MURPHY,<br><br>    Respondent. | Civil Action No.<br>16-12457-FDS |

## SCHEDULING ORDER

**SAYLOR, J.**

This is a *pro se* petition for a writ of habeas corpus made pursuant to 28 U.S.C. § 2254. On March 24, 2017, respondent moved to dismiss the petition for failure to exhaust state remedies. On May 24, 2017, petitioner moved to stay resolution of his unexhausted ineffective-assistance claim pending the exhaustion of his state-court remedies. On June 1, 2017, the Court entered an order dismissing petitioner's unexhausted claim. Respondent filed an answer on October 10, 2017, and petitioner filed a four-page response on February 2, 2018.

On February 12, 2018, respondent filed a motion for a scheduling order. That order will be granted as follows:

1. To the extent that petitioner's February 2, 2018 response is not a memorandum in support of his petition for a writ of habeas corpus, petitioner may file such a memorandum by April 13, 2018.

2. Respondent may file a memorandum in opposition within 60 days of petitioner's filing of his memorandum in support.

3. To the extent that petitioner's February 2, 2018 response is a memorandum in support of his petition for a writ of habeas corpus, respondent may file a memorandum in opposition by April 13, 2018.

4. Respondent is given leave to respond to petitioner's request for an evidentiary hearing when respondent addresses the merits of the petition.

**So Ordered.**

Dated: February 13, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge